A. WILFRED MAY v. MARGARET S. MAY.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HERMINE DEBROVSZKY and Others, Respondents, v. S. & S. BUILDING CORPORATION, Appellant, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HERMAN ROTHENBERG.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BERNARD K. MARCUS and Others, Impleaded with HENRY K. POLLOCK and ISIDOR J. KRESEL.— Motion granted in so far as to extend appellants' time to serve and file the record on appeal and appellants' points to and including December 21, 1931, with notice of argument for January 5, 1932. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ERNEST D. BARRETT v. PARAMOUNT HOTEL CORPORATION.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FERDINAND SILBERMAN v. ELKAN SILBERMAN and Another.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MORRIS M. FICHTER v. ALUMOR GARAGE, INC., and Others, Impleaded with WASHINGTON MARKET· GARAGE, INC., and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BERNARD K. MARCUS and Others, Impleaded with HENRY W. POLLOCK and ISIDOR J. KRESEL.— Motion to dispense with printing of certain exhibits and for leave to file in lieu of printed copies of said exhibits six exact photostatic copies of said exhibits granted; three exact photostatic copies of said exhibits to be served upon the district attorney. Motion to dispense with printing of certain other exhibits granted provided said exhibits are produced upon the argument of the appeals, if desired by either side. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

NEW YORK TITLE AND MORTGAGE COMPANY v. GROSSMAN PROPERTIES, INC., and Others, Impleaded with LONDON LIGHTINGWARES CORPORATION. THE COUNTY TRUST COMPANY v. GROSSMAN PROPERTIES, INC., and Others, Impleaded with LONDON LIGHTINGWARES CORPORATION.— Motion granted upon condition that within five days from date of entry of order appellants file a surety company bond to secure payment of the $4,700, with interest and costs, otherwise motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK v. ISADORE CALEF and Another, Impleaded, etc. EDMUND M. KING and Another v. ISADORE CALEF and Another, Impleaded, etc.— Motion granted so far as to consolidate the appeals in first-entitled action and notice same for argument at the same time as the appeal in second-entitled action. Otherwise denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.